UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:01-CV-301-FDW
(3:97-CR-40-FDW)

| | |
|---|---|
| JUAN BAUTISA ALOMINA TORRES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER OF INSTRUCTIONS** |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ ) | |

**THIS MATTER** is before the Court on Petitioner's *pro se* "Motion to Reopen his Initial 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct Sentence," (Doc. No. 23), which is construed as a § 2255 motion to vacate. The Clerk of Court is hereby instructed to open a new civil case and docket this pleading as a § 2255 motion to vacate.

**IT IS, THEREFORE, ORDERED** that the Clerk of Court shall docket Petitioner's "Motion to Reopen his Initial 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct Sentence," (Doc. No. 23), in a new civil case.

Signed: March 21, 2018

Frank D. Whitney
Chief United States District Judge

1